WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00100-003-TUC-JGZ (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Juan Carlos Melendez-Fernandez, | |
| Defendant. | |

     Movant Juan C. Melendez-Fernandez, who is confined at the Federal Bureau of Prisons in Tucson, Arizona, filed a *pro se* Motion for Sentence Relief under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003, H.R. 3575. (Doc. 122.) H.R. 3575 was a bill introduced in Congress to amend 18 U.S.C. § 3624. That bill was never enacted. Accordingly,

     IT IS ORDERED that Movant's Motion for Sentence Relief under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003, H.R. 3575 (Doc. 122) is DENIED.

//
//
//
//
//
//

The Clerk of Court is directed to mail a copy of this Order to Movant at the following address:

    Federal Bureau of Prisons
    8901 S. Wilmot Rd.
    Tucson, AZ  85756

Dated this 20th day of March, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge